**No. 47098.**—Protest 9416–K of E. Leitz, Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of glass the same in all material respects as that the subject of Abstract 45423. The protest was sustained in accordance therewith.